# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,002,956**
**Registered Jul. 19, 2016**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Walid Muhammad (UNITED STATES INDIVIDUAL)
214 Valley Rd.
Montclair, NJ 07042

CLASS 25: Combinations

FIRST USE 7-2-2014; IN COMMERCE 7-2-2014

The mark consists of an inverted triangle with an eye inside the triangle.

SER. NO. 86-840,424, FILED 12-03-2015

ROBERT C CLARK, EXAMINING ATTORNEY



Michelle K. Lee
Director of the United States
Patent and Trademark Office

Check out My website enjoy☺ IFIMAKEIT.COM

DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* ... a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration ... See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in ... for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

Mr. Walid Muhammad
3293 Gypsum Road
Reno, Nevada 89593

February 18, 2019

<u>VIA CERTIFIED MAIL AND
RETURN RECEIPT REQUEST</u>

Nike
Attn: Trademark Office Manager
One Bowerman Drive
Beaverton, Oregon 97005

  Re: *Copyright Infringement - Nike Vapor X Kyrie 5 tennis shoe*

Dear Sir or Madam:

  By way of introduction, my name is Mr. Walid Muhammad and I am the owner of IF I MAKE IT clothing line, including a United States Trademark. Be advised the logo on the backside of your Vapor X Kyrie 5 tennis shoes, consisting of a triangle with an eye in the middle, strongly resembles my protected mark granted by the United State Patent and Trademark Office effective December 5, 2015 (please see enclosure). Be further advised this trademarked logo has been used in the market place and worn in various music videos, including but not limited to: "Selfish" by Atlantic Artist PnB Rock; "Doperunner" by Soulja Boy; and worn by Trippie Redd who is signed to Strainge Entertainment. My logo is also worn by NFL Free Agent player Christine Michael, as well as by Ryan Grant, wide receiver for the Indianapolis Colts in the National Football League.

  As you can clearly see, I am the bonafide owner of the intellectual property and materials in question, as they were all "legally produced" before I completed the transition of my clothing line. Never the less, upon completing my own investigation into this sneaker line, it is clear the potential for market confusion is high because your symbol strongly resembles my trademarked logo. This constitutes infringement, and so I am demanding payment in the amount of $225,000.00 as a licensing fee, along with an executed license agreement from your offices, so this matter can be resolved without further expense or delay.

  Please send your *written confirmation* (executed license agreement) and payment in full of $225,000.00 within ten (10) business days of your receipt of this letter, so this matter can be resolved without further expense or delay, and without the need for further legal action.

  Thank you in advance for your prompt and professional response to this letter. Please respond directly to me at my address above.

            Regards,

            x_____
              Walid Muhammad

WM
cc: File

Check out My website enjoy☺ IFIMAKEIT.COM