Walid Muhammad (IFIMAKEIT)     December 2, 2020

I recently sent over orignal Complaint on November 18, 2020 I called and front Desk "Peter" said it was never recieved. This is a copy of Civil Cover Sheet.

*signature*

Walid Muhammad     December 2, 2020